UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20225-CIV-KMW

DORIS NOHEMI ACOSTA CASTILLO and )
all others similarly situated under 29 U.S.C. )
216(b), )
 )
       Plaintiff, )
vs. )
 )
RINCON PROGRESENO II CORP., )
NORA G BUESO, )
 )
       Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Federal Half-time Overtime Claim (1/24/15-1/13/16):**
Amount of half time per hour not compensated: $3.62 (based on Fed. MW 7.25)
Weeks:  50
Overtime hours per week: 12
Total wages unpaid and liquidated damages: $2,172 X 2 = $4,344

**Federal Minimum Wage Claim (1/24/15-1/13/16):**
Amount of minimum wage per hour not compensated: $.52 (based on Fed. MW 7.25-6.73)
Weeks: 50
Hours per week: 52
Total wages unpaid and liquidated damages: $1,352 X 2 = $2,704

**Total Federal OT/MW Claim:  $7,048**

**Fees:**
J.H. Zidell, Esq.: 1.5 hour X 390 hr = $585
K. David Kelly, Esq.: .9 hour X 350 hr = $315
Rivkah Jaff, Esq.: .7 hour X 225 hr = $157.50

*Plaintiffs seek all fees and costs under the FLSA.
**Plaintiffs reserve the right to seek minimum wage damages under the Florida Constitution.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 1/22/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**