UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-20225-CIV-KMW

DORIS NOHEMI ACOSTA CASTILLO,
and all others similarly situated under
29 U.S. C. 216(b),

    Plaintiff,

vs.

RINCON PROGRESENO II CORP.,
and NORA G. BUESO,

    Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendants, RINCON PROGRESENO II CORP. and NORA G. BUESO, hereby disclose the following pursuant to Federal and Local Rules:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Rincon Progreseno II Corp. – Defendant
    b. Nora G. Bueso – Defendant
    c. Anderson Law Group – Counsel for Defendants
    d. Amie K. Patty, Esq. – Counsel for Defendants
    e. Doris Noehmi Acosta Castillo – Plaintiff
    f. Rivkah F. Jaff, Esq. – Counsel for Plaintiff
    g. David Kelly, Esq. – Counsel for Plaintiff
    h. Jamie Zidell, Esq. – Counsel for Plaintiff
    i. J.H. Zidell, P.A. – Counsel for Plaintiff

2.	The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3.	The name of every other entity which is likely to be an active participant in the proceedings:

None known other than the individuals and entities identified above.

4.	The name of each victim (individual and corporate), including every person who may be entitled to restitution:

None.

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 11th day of April, 2016.

                Respectfully submitted,

**ANDERSON LAW GROUP**

/s/ Amie K. Patty
_____
Amie K. Patty, Esq.
Florida Bar No.: 083541
13577 Feather Sound Drive, Suite 500
Clearwater, FL 33762
Telephone: (727) 329-1999
Facsimile: (727) 329-1499
E-mail: apatty@floridalawpartners.com
E-mail: eserve@floridalawpartners.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will deliver copies electronically to all counsel of record:

Rivkah F. Jaff, Esq.
J.H. Zidell, P.A.
300 71st St., Suite 605
Miami Beach, FL  33141
David.kelly38@rocketmail.com
Rivkah.jaff@gmail.com
zabogado@aol.com

/s/ Amie K. Patty

Amie K. Patty, Esq.
Florida Bar No.:  083541