UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20225-CIV-WILLIAMS/SIMONTON

DORIS NOHEMI ACOSTA CASTILLO,
et al.,

    Plaintiffs,

vs.

RINCON PROGRESENO II CORP.,
and NORA G. BUESO, et al.,

    Defendants.
_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

The Honorable Kathleen M. Williams, United States District Judge, has referred this case to United States Magistrate Judge Andrea M. Simonton to conduct a settlement conference, ECF No. [5]. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. A settlement conference in this matter is scheduled before the undersigned for Thursday, August 18, 2016, at 9:00 a.m. in Courtroom 6, Tenth Floor of the James Lawrence King Federal Justice Building located at 99 N.E. 4th Street, Miami, Florida 33132.  Two hours have been allotted for this settlement conference, although the parties shall be prepared to attend for a longer period of time if the circumstances warrant.

2. On or before Friday, June 24, 2016, the parties shall exchange all documents supporting their claims or defenses, and file a certificate of compliance stating that all such documents have been exchanged.

3. The settlement conference shall be attended by all parties, corporate representatives, and their counsel of record.  Each side shall have a party representative(s) present with full authority to negotiate and finalize any settlement reached.

4. In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle

the matter up to the full limits of the party's policy(-ies) shall be present. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this conference may result in the undersigned's *sua sponte* recommendation to the District Judge that sanctions be entered against the offending party.

5. Telephonic attendance will not be considered without the undersigned's prior permission, and unless extraordinary circumstances exist.

6. The conference will not be continued absent compelling circumstances. However, if such circumstances exist, that party shall coordinate with the other parties to find proposed alternative available dates within the deadline established by the District Court.  This can be accomplished via a conference call to the chambers of the undersigned Magistrate Judge (305-523-5930).  If the parties cannot agree, the party seeking to change the date shall file a motion with the Court.

7. The parties shall take note that in civil actions the Court does not provide an interpreter for parties who do not speak English.  In the event that a party requires an interpreter, it shall be that party's burden to provide one. The parties are further advised that the parties are not allowed to bring laptop computers or cellular phones into the Federal Courthouse, absent an Order of the Court, although counsel of record may do so.

8. The conference shall be conducted without a court reporter and will not be tape recorded.  All representations and statements made at the conference shall remain confidential.

9. Counsel shall remind their clients that they must bring proper identification (for example, a driver's license).  Counsel shall also remind their clients that the parties are not permitted to bring cellular phones or laptop computers into the Federal Courthouse.

10. In the event this matter settles prior to the settlement conference, the parties shall immediately advise the undersigned's chambers.

DONE AND ORDERED in chambers at Miami, Florida, on May 24 , 2016.

*Andrea M. Simonton*
_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies provided via CM/ECF to:
The Honorable Kathleen M. Williams,
    United States District Judge
All counsel of record