UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20225-CIV-KMW

DORIS NOHEMI ACOSTA CASTILLO,
and all others similarly situated under
29 U.S. C. 216(b),

    Plaintiff,

vs.

RINCON PROGRESENO II CORP.,
and NORA G. BUESO,

    Defendants.
_____/

## DEFENDANTS' AMENDED RESPONSE TO STATEMENT OF CLAIM

Pursuant to the Notice of Court Practice (DE 5) and the Court's Order dated June 21, 2016 (DE 33), Defendants, Rincon Progreseno II Corp and Nora G. Bueso, provide the following amended response to the Statement of Claim filed by Plaintiff on January 22, 2016 (DE 8), as follows:

| Week | Schedule | Hours | Rate of pay | Weekly total |
|---|---|---|---|---|
| 1/24/15-1/30/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 1/31/15-2/6/2015 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 2/7/15-2/13/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 2/14-2/20/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 2/21/15-2/27/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 2/28/15-3/6/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 3/7/15-3/13/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |

| | | | | |
|---|---|---|---|---|
| 3/14/15-3/20/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 3/21/15-3/27/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 3/28/15-4/3/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 4/04/15-4/10/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 4/11/15-4/17/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 4/18/15-4/24/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 4/25/15-5/1/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 5/2/15-5/8/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 5/9/15-5/15/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 5/16/15-5/22/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 5/23/15-5/29/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 5/30/15-6/5/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 6/6/15-6/12/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 6/13/15-6/19/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 6/20/15-6/26/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 6/27/15-7/3/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 7/4/15-7/10/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 7/11/15-7/16/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 7/17/15-7/24/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 7/25/15-7/31/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 8/01/15-8/7/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 8/8/15-8/14/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 8/15/15-8/21/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |

| | | | | |
|---|---|---|---|---|
| 8/22/15-8/28/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 8/29/15-9/4/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 9/5/15-9/11/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 9/12/15-9/18/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 9/19/15-9/25/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 9/26/15-10/2/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 10/3/15-10/9/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 10/10/15-10/16/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 10/17/15-10/23/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 10/24/15-10/30/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 10/31/15-11/6/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 11/7/15-11/13/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 11/14/15-11/20/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 11/21/15-11/27/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 11/28/15-12/4/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 12/5/15-12/11/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 12/12/15-12/18/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 12/19/15-12/25/15 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 12/26/15-1/1/16 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 01/2/16-01/8/16 | 7am – 3pm (five days/week) | 8 hr/day | $75/day | $350.00 |
| 01/9/16-01/13/16 | 7am – 3pm (3 days/week) | 8 hr/day | $75/day | $225.00 |
| | **Total reg. work hours:** 2,024 **Total OT**: 0 | | **Total:** | $17,725.00 |

Dated this 8th day of July, 2016.

                **ANDERSON LAW GROUP**

/s/ Amie K. Dilla (nèe Patty)
Amie K. Dilla (nèe Patty), Esq.
Florida Bar No.: 083541
13577 Feather Sound Dr., Suite 500
Clearwater, FL  33762
Telephone:  (727) 329-1999
Facsimile:  (727) 329-1499
Email:  apatty@floridalawpartners.com
Email:  eserve@floridalawpartners.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8th, 2016 a true and correct copy of the foregoing was electronically filed through CM/ECF which will provide copies to counsel of record:

Rivkah F. Jaff, Esq.
J.H. Zidell, P.A.
300 71st St., Suite 605
Miami Beach, FL  33141
David.kelly38@rocketmail.com
Rivkah.jaff@gmail.com
zabogado@aol.com

/s/ Amie K. Dilla (nèe Patty)
Amie K. Dilla (nèe Patty), Esq.
Florida Bar No.: 083541